IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MELISSA JAMISON, | * |
| Plaintiff, | * |
| v. | * Civil Action No. RDB-18-1066 |
| TRANSUNION, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM ORDER & JUDGMENT**

On March 8, 2018, Plaintiff Melissa Jamison ("Jamison") filed this lawsuit in the District Court of Maryland for Baltimore City against Trans Union, LLC, improperly identified as TransUnion ("Trans Union"), alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (Compl., ECF No. 2.) Trans Union timely removed the case to this Court on April 12, 2018. (ECF No. 1.) A Scheduling Order was issued (ECF No. 10), but Jamison failed to respond to Trans Union's Requests for Admission (or any other discovery) or otherwise take any further action to prosecute this case since its initial filing. On October 2, 2018, Trans Union filed a Motion for Summary Judgment. (ECF No. 13.) On October 3, 2018, the Clerk's office sent a letter to Jamison, stating in part:

> If you do not file a timely written response, the Court may dismiss the case or enter judgment against you without further notice.

(ECF No. 14.) Jamison did not respond. Accordingly, this Court shall GRANT Trans Union, LLC's Motion for Summary Judgment (ECF No. 13) and enter Judgment for Trans Union and against Jamison.

For the reasons stated above, it is this 23rd day of May 2019, ORDERED and ADJUDGED, that:

1. Trans Union, LLC's Motion for Summary Judgment (ECF No. 13) is GRANTED;

2. Judgment BE, and hereby IS, entered in favor of Trans Union, LLC and against Melissa Jamison;

3. This Order shall be deemed to be a final Judgment within the meaning of Fed. R. Civ. P. 58;

4. The Clerk of the Court transmit copies of this Order to the parties; and

5. The Clerk of Court CLOSE this case.

_____
Richard D. Bennett
United States District Judge